221 So.2d 519

**Moise DEVILLIER**

**v.**

**HARTFORD ACCIDENT & INDEMNITY COMPANY.**

**No. 49794.**

April 25, 1969.

In re: Moise Devillier applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 219 So.2d 338.

Not considered. Not timely filed.

221 So.2d 519

**Dennis Wayne BROWN**

**v.**

**STATE of Louisiana.**

**No. 49806.**

April 25, 1969.

In re: Dennis Wayne Brown applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.